




# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

PEGGY HICKS, ETAL.,

v.

OTHA R. WHITAKER, and
LANDSTAR RANGER, INC.,

CASE NUMBER: 1:03-1324-T/An

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Acceptance of Offer of Judgment filed in the above-styled matter on 7/14/2005, Judgment is hereby entered in favor of Plaintiff in the amount of $55,000.00, along with costs accrued in this action.

APPROVED:

James D. Todd

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M .GOULD
CLERK

7/19/05
DATE

BY: C. Hard
DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7/20/05.

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:03-CV-01324 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Honorable S. Anderson
US DISTRICT COURT